```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 25260
   ALLISON L KELLOGG
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9085


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/07/2004 and was confirmed 09/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID           PAID
-------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG    36822.90           .00        36822.90
HOMECOMINGS FINANCIAL     MORTGAGE ARRE     3533.38           .00         3533.38
PHONE CO CREDIT UNION     SECURED          10089.96       1784.84         4510.36
SHAPIRO & KREISMAN        NOTICE ONLY     NOT FILED           .00              .00
US BANK NA                CURRENT MORTG     1753.25           .00         1753.25
US BANK NA                MORTGAGE ARRE      435.52           .00          198.59
ALLIANCE ASSET            NOTICE ONLY     NOT FILED           .00              .00
AAA CHECKMATE             UNSECURED          451.15           .00              .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00              .00
ROUNDUP FUNDING LLC       UNSECURED         1998.55           .00              .00
NICOR GAS                 UNSECURED         1438.52           .00              .00
T-MOBILE BANKRUPTCY       UNSECURED         2040.01           .00              .00
TCF NATIONAL BANK         UNSECURED       NOT FILED           .00              .00
BROTHER LOAN & FINANCE    UNSECURED          473.59           .00              .00
HOMECOMINGS FINANCIAL     COST OF COLLE      480.00           .00          480.00
AT & T BANKRUPCTY         FILED LATE          50.00           .00              .00
CALUMET HEATING & AIR CO  FILED LATE         125.00           .00              .00
CAPITAL ONE               FILED LATE         480.00           .00              .00
DUPAGE COUNTY CIRCUIT CO  FILED LATE         506.00           .00              .00
HOLLYWOOD VIDEO           FILED LATE          68.00           .00              .00
VILLAGE OF GLENWOOD       FILED LATE         350.00           .00              .00
LEGAL HELPERS PC          DEBTOR ATTY       1,970.00                     1,970.00
TOM VAUGHN                TRUSTEE                                        2,825.11
DEBTOR REFUND             REFUND                                             7.40

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 53,885.83

PRIORITY                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 25260 ALLISON L KELLOGG
```

```
SECURED                                                  47,298.48
    INTEREST                                              1,784.84
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,970.00
TRUSTEE COMPENSATION                                      2,825.11
DEBTOR REFUND                                                 7.40
                                     ---------------  ---------------
TOTALS                                    53,885.83         53,885.83
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 09/24/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```